SAMUEL S. NITZBERG, Respondent, *v.* KAPILOW-HYERS, INC., and Another, Appellants.

Supreme Court, Appellate Term, First Department, November 10, 1930.

*Feingold & Atlas* [*Alfred Feingold* of counsel], for the appellants.

*Cottin & Joseph* [*Jacob Cottin* of counsel], for the respondent.

PER CURIAM. Judgment reversed and new trial ordered, with thirty dollars costs to appellants to abide the event, upon the ground that it was prejudicial error to permit plaintiff's counsel to cross-examine defendants' witnesses as to the court's charge to the jury on a prior trial with respect to plaintiff's right to recover at least part of his claim.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.